UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WALTER JOHNSON,<br><br>  Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY (Warden),<br><br>  Respondent. | No. LA CV 13-07189-VBF (SH)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 U.S.C. section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court overrules petitioner's objections, accepts the findings and recommendations of the Magistrate Judge, denies the habeas corpus petition, and dismisses the action with prejudice.

As required by Federal Rule of Civil Procedure 58(a), final judgment will be entered by separate document.

DATED: October 27, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE