UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WALTER JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY (Warden),<br><br>    Respondent. | No. LA CV 13-07189-VBF-SH<br><br>JUDGMENT |

    Pursuant to the Order of the Court overruling petitioner's objections, adopting the conclusions and recommendations of the United States Magistrate Judge, denying the habeas corpus petition, and dismissing the action with prejudice, final judgment is hereby entered in favor of respondent and against petitioner.

DATED:    October 27, 2014

                                                VALERIE BAKER FAIRBANK
                                                UNITED STATES DISTRICT JUDGE